IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID ZEIGENFUSE**<br><br>    Plaintiff<br><br>v.<br><br>**KEMP & ASSOCIATES, INC.**<br><br>    Defendants | **CIVIL ACTION<br>NO. 14-05954** |

## ORDER

  **AND NOW**, this 17th day of March, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 10), Defendant's Reply (Doc. No. 16), Plaintiff's Sur-reply (Doc. No. 20), and the parties' positions at oral argument, it is **ORDERED** that the Motion is **DENIED**.  It is further **ORDERED** that Plaintiff's Motion to Remand (Doc. No. 11) is **DENIED AS MOOT**.

                     BY THE COURT:


                     */s/ Gerald J. Pappert*
                     GERALD J. PAPPERT, J.