IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ZEIGENFUSE<br><br>    *Plaintiff,*<br><br>v.<br><br>KEMP & ASSOCIATES, INC.<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 14-05954 |

## ORDER

**AND NOW**, this 25th day of November, 2015, upon consideration of the Defendant's Motion for Leave to File an Amended Answer with Counterclaims (the "Motion") (ECF No. 31), Plaintiff's Response in Opposition (ECF No. 32), Defendant's Reply (ECF No. 34), and the parties' positions at oral argument, it is **ORDERED** that the Motion is **DENIED.**

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J